# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1755. DONNA THOMAS v. EMILY BLEITNER et al**

Donna Thomas filed a notice of appeal in this action, and the appeal was docketed on May 7, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Thomas's brief was due no later than May 27, 2025. That date has passed, and Thomas has neither filed an appellate brief nor requested an extension of time. Accordingly, this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____6/25/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*